(116 So. 927)

STATE v. C. A. DOSS. (6 Div. 429.) Court of Appeals of Alabama. April 24, 1928.

John P. McCoy, Judge. Habeas corpus.

SAMFORD, J. Affirmed.

(114 So. 926)

STATE of Alabama v. Claude LEWIS. (8 Div. 668.) Court of Appeals of Alabama. Nov. 8, 1927.

O. Kyle, Judge.

RICE, J. Affirmed.

(115 So. 926)

STATE v. S. Cicero PHILLIPS. (4 Div. 394.) Court of Appeals of Alabama. Feb. 7, 1928.

J. A. Carnley, Judge.

RICE, J. Affirmed.

(112 So. 925)

STATE ex rel. Albert COLEMAN v. C. E. ARMSTRONG et al. (6 Div. 126.) Court of Appeals of Alabama. April 21, 1927

Jno. P. McCoy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(111 So. 926)

Ex parte STATE ex rel. D. P. HARBIN. (6 Div. 158.) (Court of Appeals of Alabama. Feb. 1, 1927.)

M. B. Grace, of Birmingham, for petitioner. Fred Fite, of Birmingham, for respondent.

RICE, J. Writ denied.

(112 So. 925)

J. W. STEADMAN v. W. I. HEFLIN. (8 Div. 530.) Court of Appeals of Alabama. May 24, 1927.

O. Kyle, Judge.

RICE, J. Affirmed.

(115 So. 926)

Jessie STEGER v. STATE. (8 Div. 614.) Court of Appeals of Alabama. Jan. 31, 1928.

James E. Horton, Judge.

RICE, J. Affirmed.

(111 So. 926)

General Arthur STEPHENS v. STATE. (8 Div. 473.) (Court of Appeals of Alabama.

Feb. 1, 1927.)

W. W. Haralson, Judge.

RICE, J. Affirmed.

(115 So. 926)

Jesse STEPHENS v. STATE. (7 Div. 425.) Court of Appeals of Alabama. Jan. 17, 1928.

R. B. Carr, Judge.

RICE, J. Affirmed.

(116 So. 927)

M. L. STEPHENS et al. v. B. J. COWART. (6 Div. 307.) Court of Appeals of Alabama. April 19, 1928.

R. L. Blanton, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(115 So. 926)

Roy STEPHENS v. STATE. (7 Div. 423.) Court of Appeals of Alabama. Jan. 17, 1928.

R. B. Carr, Judge.

SAMFORD, J. Affirmed.

(118 So. 927)

J. P. STILES, Judge, etc., v. M. L. WILSON. (6 Div. 358.) Court of Appeals of Alabama. Nov. 30, 1928.

C. B. Smith, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(111 So. 926)

Jess STONER v. STATE. (7 Div. 210.) (Court of Appeals of Alabama. Feb. 1, 1927.)

W. W. Haralson, Judge. Isbell & Scott, of Ft. Payne, for appellant. Harwell G. Davis, Atty. Gen., and Robt. G. Tate, Asst. Atty. Gen., for the State.

RICE, J. Trial, conviction, and sentence were all had on August 18, 1925. The bill of exceptions was not presented until November 18, 1925. This was not within the time required by law (Code 1923, § 6433), and the said bill of exceptions is hereby stricken, upon the motion of the Attorney General. There being no error in the record, the judgment is affirmed. Affirmed.